UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD WARNER, STEVEN SINCLAR, OPM OLIVER-ESTES,<br><br>　　　　　　　Defendants. | No.  4:14-cv-05011-EFS<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION** |

　　By Order filed February 12, 2014, ECF No. 7, the Court directed Mr. Richey to show cause why he should not be precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) ("section 1915(g)"), the "three strikes" provision of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1995).  Plaintiff did not respond and has filed nothing further in this action.

　　Court records from the Western District of Washington[1] show that Mr. Richey has filed two civil actions that were dismissed for failure

---

[1] *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking notice of judicial proceedings in another court); *see also Barron v. Reich*, 13 F.3d

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION-- 1

to state a claim and one appeal that was found frivolous. In *Richey v. Thaut,* 3:11-cv-05680-RBL, the District Court ordered on March 26, 2012, "Plaintiff's claims are Dismissed without Prejudice for failure to exhaust and that the dismissal count as a strike pursuant to 28 U.S.C. § 1915(g)," ECF No. 24. The Ninth Circuit (cause number 12-35254) affirmed and issued its Mandate on March 14, 2013. In a second case titled, *Richey v. Thaut,* 3:11-cv-05755-BHS*,* the District Court granted Defendant's Motion to Dismiss First Amendment claims for failure to state a claim upon which relief may be granted on May 16, 2012, ECF No. 27. The Ninth Circuit (cause number 12-35632) found "the appeal is frivolous," and issued its Mandate on November 15, 2012.

The allegations of his Complaint, including a custody demotion for failure to provide a urine sample which resulted in the loss of privileges, do not show an "imminent danger of serious physical injury" which would excuse the preclusive effects of 28 U.S.C. § 1915(g). Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED**.

Furthermore, having failed to pay the applicable fee of $400.00 ($350.00 filing fee plus $50.00 administrative fee) within the time allotted by the Court, **IT IS ORDERED** this action is **DISMISSED** without

---

1370, 1377 (9th Cir. 1994) (matters subject to judicial notice may be considered under Fed. R. Civ. P. 12(b)(6)).

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION-- 2

prejudice for failure to comply with 28 U.S.C. § 1914.  **IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.  The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this  24th  day of March 2014.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Civil\2014\prisoner14cv5011efs-3-17-denyIFPDismiss.docx

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION-- 3